UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN-BEY )<br>    #01723-016 )<br>    U.S. Penitentiary )<br>    P.O. Box 12015 )<br>    Terre Haute, IN 47801 )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>United States of America )<br>)<br>    Defendant. )<br>) | Civil Action No.: 06-1855 (JDB) |

MOTION FOR EXTENSION OF TIME

Defendant respectfully requests an extension of time in which to file an Answer in this matter. The United States Attorney's Office first became aware of the plaintiff's petition for writ of mandamus ("petition") when it received an order from Superior Court filed on October 18, 2006, directing that a Reply be filed. That order and the petition were delivered to undersigned counsel on October 30, 2006. On October 31, 2006, the notice of removal was filed in District Court.

Pursuant to F.R.Civ. P. 81(c), an Answer was required to be filed on November 7, 2006, assuming the order was delivered to the United States Attorney's Office on October 18, 2006.[1]

Under F.R.Civ. P. 12, the United States normally would have 60 days to respond to the

---

[1] The Order was directed to the Special Proceedings Division, and no date stamp reflecting the date of receipt appears on the documents. Therefore, the document may have been received on a later date.

pleading after it had been served on the United States Attorney's Office. The pleading was not served on the Civil Division and bears no Certificate of Service reflecting that it was served on any defendant. Review of the document reflects that plaintiff is incarcerated at the U.S. Penitentiary in Terre Haute, IN. Since plaintiff is seeking an order compelling the Bureau of Prisons to provide him with medication, it appears that the Bureau of Prisons is the proper defendant and that venue in the District of Columbia is probably improper. It is unknown whether that agency was served by plaintiff.

     Therefore, defendant seeks a 60 day extension of time in which to respond to plaintiff's petition. This extension is required to obtain sufficient information from the client agency to file a proper response. This is the first extension of time which has been requested.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the foregoing Motion for Extension of Time and proposed Order have been made by mailing a copy thereof to:

MONROE L. COLEMAN-BEY
    #01723-016
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801

on this 7th day of November, 2006

_____
Rhonda C. Fields
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONROE L. COLEMAN-BEY<br>#01723-016<br>U.S. Penitentiary<br>P.O. Box 12015<br>Terre Haute, IN 47801<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 06-1855 (JDB) |

ORDER

Upon consideration of defendant's motion for an extension of time, it is hereby

ORDERED that the motion is granted and defendant may file its answer on or before January 6, 2007.

Date: _____

UNITED STATES DISTRICT JUDGE