UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN-BEY
#01723-016
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

    Plaintiff,

v.                                            Case NO. 1:06CV-01855 JDB

UNITED STATES OF AMERICA

    Defendant.

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO REMAND

    Plaintif files this motion to remand under 28 U.S.C. §1447(c).

### A. Introduction

1. Plaintiff is Monroe L. Coleman-Bey.

2. On October 6, 2006, plaintiff filed a Petition For Writ Of Mandamus against the named defendant for District of Columbia regarding "denial and refusal to provide him medication to treat the Hepatitis C disease. Plaintiff has been incarcerated a few months short of 22 years, which he was tried, convicted, and sentenced in the District of Columbia Superior Court before the Hon. Bruce S. Mencher.

RECEIVED
NOV 1 4 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Defendant was served with/received notice of <u>ORDER</u> from District of Columbia Superior Court Judge Bruce S. Mencher dated October 17, 2006, informing the defendant to reply to that Court on or about October 27, 2006.

4. Defendant filed its notice of removal on October 18, 2006.

B. ARGUMENT

5. The court may remand a case on the basis of any defect identified in a motion for remand filed within 30 days after the filing of the notice of removal under 28 U.S.C. §1446(a). 28 U.S.C. §1447(c). See O'Connor's Federal Rules, "Deadline to move for remand."

6. The court should remand this case to state court because the lawsuit does not involve a federal question. 28 U.S.C. §1447(c); see International Primate Prot. League v. Administrators of Tulane Educ. Fund, 500 U.S. 72,89, 111 S. Ct. 1700,1710 (1991). Defendant's allegation that this case arises under 28 U.S.C. §1441 is incorrect. Plaintiff claim is not based on suing the defendants but seeks an order only to be provided with Hepatitis C medication which he has been diagnosed as having but defendants refuses to treat this disease with medication and his liver is getting worse every passing day.

7. Plaintiff is only requesting assistance from the court to enforce the defendant to treat his disease before his health completely deteriorate causing death that may have been prevented.

-2-

## C. CONCLUSION

For these reasons, plaintiff asks the court to grant the motion to remand, remand this suit to the state court where it was originally filed, and award plaintiff its court costs, expenses, and attorney fees.

## CERTIFICATE OF SERVICE

I, hereby states that a true copy of the foregoing motion has been mailed first class to the following: Assistant United States Attorney, Rhonda C. Fields, Special Proceedings Division 10th Floor, 555 Fourth Street, N.W., Washington, D.C. 20530, on this 7th day of November, 2006.

Respectfully submitted,

Monroe L. Coleman-Bey, Pro Se
Fed. #01723-016
DCDC #188568
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801