UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN-BEY,

    Petitioner,

    v.                                        Civil Action No. 06cv1855 (JDB)

UNITED STATES OF AMERICA,

    Respondent.

# ORDER

It is hereby

ORDERED that petitioner's motion to remand [Dkt. #3] is DENIED. Petitioner seeks an Order compelling officials of the Federal Bureau of Prisons to provide treatment for his chronic illness. Insofar as petitioner brings claims against an officer or agency of the United States pursuant to a federal statute, this matter properly is removed from the Superior Court of the District of Columbia. *See* 28 U.S.C. §§ 1441, 1442(a)(1).

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date: November 16, 2006