

U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
DEC 1 4 2006
RECEIVED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN-BEY
    Plaintiff--Movant,

v.                                Case No. 06-1855(JDB)

UNITED STATES OF AMERICA,
    Defendant--Respondent.

RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR THE APPOINTMENT OF COUNSEL
PURSUANT TO 28 U.S.C. §1915 and 18 U.S.C. §3006A

    Plaintiff--movant, MONROE L. COLEMAN-BEY Pro Se, Pro Se and without the assistance of counsel respectfully move this Honorable Court for the Appointment of Counsel to represent him in all future proceedings for the following reasons:

    1.  Plaintiff--movant is unable to afford counsel.

    2.  The issues involved in this case are complexed.

    3.  The issues involved in this case requires a review of the fully developed record of the case, which petitioner-movant has been to date, unable to obtain.

    4.  Likewise; there are issues which are not in the record which will require 'Discovery' of additional information and wherein; of itself may require an attorney to investigate and present a meaningful opinion based on relevant facts to this court.

    WHEREFORE, based on all the aforementioned and the fact of the claim(s) plaintiff's motion for 'Appointment of Counsel should be GRANTED.

                                                  Respectfully submitted,

CERTIFICATE OF SERVICE

I, Monroe L. Coleman-Bey, hereby states the foregoing motion has been mailed via prison mailroom officer on this 12th day of December, 2006, to Assistant United States, Rhonda C. Fields 555 Fourth Street, N.W., Special Proceedings Section (10th Floor), Washington, D.C. 20305.

Respectfully submitted,

Monroe L. Coleman-Bey, Pro Se
Fed. #01723-016
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

```
```
Case 1:06-cv-01855-JDB    Document 6    Filed 12/18/2006    Page 3 of 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


MONROE L. COLEMAN-BEY
    Plaintiff--Movant,

v.                                            Case No. 06-1855(JDB)

UNITED STATES OF AMERICA,
    Defendant-Respondent.


ORDER

Upon consideration of Plaintiff's motion for Appointment of Counsel, it is hereby ORDERED that the motion is granted on this _____ day of _____, 2006/2007.


Dated: _____          _____

                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN-BEY
    Plaintiff--Movant,

v.                                                  Case No. 06-1855(JDB)

UNITED STATES OF AMERICA,
    Defendant--Respondent.

MOTION FOR THE APPOINTMENT OF COUNSEL
PURSUANT TO 28 U.S.C. §1915 and 18 U.S.C. §3006A

    Plaintiff--movant, <u>MONROE L. COLEMAN-BEY Pro Se</u>, <u>Pro Se</u> and without the assistance of counsel respectfully move this Honorable Court for the Appointment of Counsel to represent him in all future proceedings for the following reasons:

    1.  Plaintiff--movant is unable to afford counsel.

    2.  The issues involved in this case are complexed.

    3.  The issues involved in this case requires a review of the fully developed record of the case, which petitioner-movant has been to date, unable to obtain.

    4.  Likewise; there are issues which are not in the record which will require 'Discovery' of additional information and wherein; of itself may require an attorney to investigate and present a meaningful opinion based on relevant facts to this court.

    WHEREFORE, based on all the aforementioned and the fact of the claim(s) plaintiff's motion for 'Appointment of Counsel should be GRANTED.

                                                          Respectfully submitted,

CERTIFICATE OF SERVICE

I, Monroe L. Coleman-Bey, hereby states the foregoing motion has been mailed via prison mailroom officer on this 12th day of December, 2006, to Assistant United States, Rhonda C. Fields 555 Fourth Street, N.W., Special Proceedings Section (10th Floor), Washington, D.C. 20305.

Respectfully submitted,

Monroe L. Coleman-Bey, Pro Se
Fed. #01723-016
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN-BEY
    Plaintiff--Movant,

v.                                                          Case No. 06-1855(JDB)

UNITED STATES OF AMERICA,
    Defendant-Respondent.

ORDER

Upon consideration of Plaintiff's motion for Appointment of Counsel, it is hereby ORDERED that the motion is granted on this \_\_\_\_ day of _____, 2006/2007.

Dated: _____                              _____
                                                                                   UNITED STATES DISTRICT JUDGE