UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MONROE L. COLEMAN-BEY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-1855 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ANSWER

Defendant respectfully submits this answer to plaintiff's complaint:

Defense One

Plaintiff failed to properly exhaust administrative remedies before the filing of his

complaint.

Defense Two

The appropriate venue for this matter is not in the District of Columbia.

Defense Three

Plaintiff did not properly serve the parties in this matter.

Defense Four

The court does not have jurisdiction over the Warden of the place of plaintiff's

incarceration.

Defense Five

Defendant answers plaintiff's complaint using the headings used by plaintiff as follows:

The first paragraph of plaintiff's complaint is a description of plaintiff's cause of action to

which no response is required; however, to the extent a response is deemed to be required the allegation is denied.

## JURISDICTION

This section is plaintiff's conclusion of law as to jurisdiction to which no response is required ; however to the extent a response is deemed to be required the allegation is denied.

## HISTORY OF CASE

First paragraph, admitted.

Second paragraph, defendant admits that when plaintiff arrived at USP Terre Haute in 2006, his records reflected a diagnosis of Chronic Hepatitis C (genotype 1) since May 25, 2004. Defendant further avers that most persons with chronic hepatitis C infection will remain healthy; only a small number of hepatitis C patients will develop liver disease. A high percentage of individuals with hepatitis C are able to clear the virus spontaneously and without treatment. The liver enzyme profile test is provided to inmates with hepatitis C in cycles of six months as a means to follow up on the progress of the disease. On August 16, 2006, plaintiff had a liver enzyme profile which revealed a normal liver enzyme level. Plaintiff is scheduled to have a follow up liver enzyme profile in February 2007. For patients with chronic hepatitis C (genotype 1), a biopsy of the liver is required by BOP policy prior to treatment. The biopsy is conducted at an outside hospital. Because of the large number of Hepatitis C inmates at USP Terre Haute, the patients are placed on a waiting list. Plaintiff is currently on the waiting list for a liver biopsy. However, once a patient has had normal liver enzyme levels for four cycles, the patient is no longer considered as a candidate for the biopsy.

## SUPPORTING FACTS

1. Defendant denies caption and first paragraph. The remainder of the paragraph is

plaintiff's legal conclusions to which no response is required.

2. The first paragraph is plaintiff's legal conclusions to which no response is required. All other allegations are denied.

3. The first and second paragraphs are plaintiff's legal conclusions to which no response is required. All other allegations are denied.

## ARGUMENT

4. This sections contains plaintiff's legal conclusions and prayer for relief to which no response is required. To the extent a response is deemed to be required, denied.

## RELIEF

These paragraphs are plaintiff's request for relief to which no response is required; to the extent a response is deemed to be required, denied.

All allegations in plaintiff's complaint which are not specifically admitted herein are denied.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

On this 8th day of January, 2007, the foregoing Answer was served by prepaid first class

mail to:

MONROE L. COLEMAN-BEY
        #01723-016
        U.S. Penitentiary
        P.O. Box 12015
        Terre Haute, IN 47801

_____
Rhonda C. Fields
Assistant United States Attorney