UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN-BEY,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | Civil Action No. 06-1855 (JDB) |

## ORDER

　　The Court construes plaintiff's pleading as a civil complaint alleging violations of rights protected by the Eighth Amendment to the United States Constitution, not a petition for a writ of mandamus. On initial review of the complaint's allegations and the affirmative defenses asserted in defendant's answer, it appears that a dispositive motion will advance this litigation.

　　Accordingly, it is hereby

　　ORDERED that defendant shall file a dispositive motion not later than February 15, 2007.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: January 10, 2007