UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MONROE L. COLEMAN-BEY,
Plaintiff

v.                                  Civil Action No. 06-1885(JDB)

UNITED STATES OF AMERICA, et al.
Defendant.

PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER

NOW COMES Monroe L. Coleman-Bey, pro se, in opposition to those denials in defendant's ANSWER regarding plaintiff's allegations based on his constitutional right as well as the case law and statutes supporting his claims.

First, plaintiff would like to state for the record that the original complaint filed in the District of Columbia Superior Court stated et al., meaning the complaint did and was to include the District of Columbia, Bureau of Prisons, employees of the federal government, and their agents. Therefore, each party works or employed by the United States; making the United States reliable for the "negligence and deliberate indifference" acts of those for intentionally depriving plaintiff of required medical treatment for Hepatitis C medication which is injection of with **Interferon Alpha treatment.** See 18 U.S.C. SECTIONS 4041 and 4042. Thus, the Bureau of Prisons has a duty of care toward

its federal prisoners, governed by 18 USCA §4042(a)(2,3).  See Jones v. United States, 91 F.3d 623,624 (3rd Cir. 1996.

Also, the District of Columbia National Capital Self Improvement Revitalization Act of 1997, for District of Columbia prisoners has included in that Act that the responsibility, care, and protection of those prisoners be handled promptly without any delay.

The principal reason plaintiff filed the mandamus was for help to receive the medication needed to treat the fatal illness of hepatitis C.  Without this medication, every day that goes by his health that is based on the health of the liver worsen when untreated with medication.  Plaintiff requests that an order be placed upon the defendants to act promptly or be held in contempt of court, and if plaintiff health take a full turn of becoming fatal then the defendants should be charged with intentional homicide.

Plaintiff hereby incorporate the allegations in his original complaint that the defendants are acting bias, prejudicial, callous, and adamant toward his health problem.  And the saying of Martin Lurther King, Jr., is true, "A threat to justice anywhere is a threat to justice everywhere", if the defendants can continue showing a blind eye.

### CERTIFICATE OF SERVICE

I, Monroe L. Coleman-Bey, states that a copy of the foregoing motion has been mailed on this 26th day of January, 2007, to the AUSA's Office at 555 4th Street, N.W., Washington, D.C. 20001.

2.  Respectfully submitted,

Monroe L. Coleman-Bey

U.S. Department of Justice        Employee Claim for Loss or Damage to Personal Property
*(Submit in Triplicate)*

### Guidance to Claimant

Items 1-11 of this form must be fully completed and signed by the claimant. Item 12 must be completed b the official who authorized the use of the articles for which the claim is submitted. Item 13 must be completed by the designated reviewing official. Item 14 must be completed by the official authorized to approve payment. Items 15-18 are reserved for accounting use.

Failure to provide complete and accurate information may result in the feature of the claim, and a maximum fine of $10,000 or imprisonment five years or both. 28 U.S.C.2514; 18 U.S.C. 287, *id.* 1001.

### Claim For Damage to or Loss of Personal Property Incident to Service or Employment

1. **Name of Claimant**: Monroe LaVelle Coleman
2. **Position of Claimant**: Prisoner
3. **Address of Claimant (Include Zip Code)**: U.S. Penitentiary, P.O. Box 12015, Terre Haute, IN 47801
4. **Office Where Employed/Telephone No.**: N/A
5. **Location of Office (at Time of Incident)**: FBOP
6. **Social Security No.**: 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
7. **Location Where Loss or Damage Occurred**: Federal Bureau of Prisons
8. **Date of Loss or Damage**: Since Arrival

9. **Facts and Circumstances of the Incident** *(State facts in details, use additional sheet if necessary.)*

"NEGLIGENCE" THE FBOP HAS BEEN AWARE OF THIS ILLNESS FOR OVER FIVE YEARS

THE FBOP HAS REFUSED AND DENIED TO TREAT THIS INMATE'S MEDICAL ILLNESS See United States v. Munig, 374 US 150,164-65, 83 S. Ct. 1850,1859, 10 L. Ed. 2d 805 (1963) ("the duty of care owed by the bureau of prisons to federal prisoners is fixed by 18 USC Section 4042...."

10. **Affirmations and Claimant Certification:**

| | YES | NO |
|---|---|---|
| a. Was the damage or loss for which claim is made caused in whole or in part by any negligence or wrongful act on your part, your agent's part, or another employee's part? | | N/a |
| b. Have you recovered any of the property or has any of it been replaced by the Government? | | N/a |
| c. Do you have private insurance? If answer to c. is "YES", is all correspondence with your insurer, including a copy of your demand for reimbursement, attached? | | N/a |
| d. Has a demand been made against the common carrier or warehouseman involved? If answer to d. is "YES", is all correspondence with carrier or warehouseman attached, including a copy of the demand for reimbursement? | | N/a |
| e. Were any of the claimed items Government property? If answer is "YES", then so indicate on Form DOJ-110A *(Schedule of Property)*. | | N/a |
| f. Was any portion of property claimed, acquired, or held for sale or disposition by commercial transactions, or for use in a private profession or business enterprise? | | N/a |

g. If any of the property for which claim is made is later recovered, I agree to give written notice to the office paying this claim.

h. All documents required are attached hereto, and a detailed list of the property is set forth on Form DOJ-110A and made a part of this statement.

i. I hereby assign to the United States, to the extent of any payment on this claim accepted by me, all my right, title, and interest in and to any claim I have against any carrier, insurer, or other party arising out of the above described incident and will, upon request, furnish such evidence as may be required to enable the United States to enforce such claim.

j. I further authorize the United States to withhold from my pay or accounts for any payments made to me by a carrier, insurer, or other party when I am also reimbursed by the Untied States and for any payments made by the United States in reliance on the information contained herein which thereafter is determined to be incorrect or untrue.

k. I hereby authorize my insurer to release any information to the United States regarding insurance coverage I have for this loss.

l. I have not made a previous claim against the United States for loss or damage now claimed. *(N.B. If explanations are necessary, provide same on additional sheet and attach hereto.)*

**Signature of Claimant**: [signed]
**Date**: 12/29/06

11. **Amount of Claim (In U.S. Money Taken from Form DOJ-110A)**
Amount of Loss/Damage: 1.5 mill
Less: Insurance Collected or Collectible:
Total Amount Claimed: 1.5million

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | COLEMAN, MONROE | #01723-016 | D-1 | USP TERRE HAUTE |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

"SENSITIVE COMPLAINT"

Previously this prisoner has filed an Administrative Complaint (Nos. 415824-A1 & 415820-A2) which are pending before the BOP Central Office in Washington, D.C. However, this complaint concerns an emergency biopsy for diagnosis of Hepatitis C. A civil action (Case #06cv1855(JDB)) is pending in Washington, D.C. In accord with 18 U.S.C. §§4041-4042 the statutes mandate medical care to be provided by Bureau of Prisons policy for this District of Columbia inmate. Any failure to comply with this request within 7 working days will result in the filing of a Civil Tort for "Negligence" ($1.5. million dollars) committed by BOP prison officials and medical staff. See 28 C.F.R. §549-Medical Services Subpart A-Infectious Diseases.

December 4th, 2006  
DATE                                         SIGNATURE OF REQUESTER

**Part B- RESPONSE**

See Attachment.

RECEIVED DEC 7 2006 USP TERRE HAUTE

DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                           CASE NUMBER: 425919-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____  
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                                         RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

Remedy #: 435919-F1

# PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted December 7, 2006, wherein you allege medical negligence in regards to you not receiving an emergency liver biopsy for the diagnosis of chronic Hepatitis C.

An investigation of your medical record and a review of your request reveals that you have been diagnosed with chronic hepatitis C with genotype 1. Your liver enzymes were within normal limits. The Bureau of Prisons Clinical Practice Guidelines addresses and provides a guideline for the treatment of chronic hepatitis C.

Accordingly, you are receiving proper medical treatment for the aforementioned conditions.

If your condition changes or you have questions regarding your care, please sign up through sick call to be re-evaluated by the physician assistant.

Based on these facts, your response is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Gateway Complex, Tower II, 8th Floor, 4th & State Avenue, Kansas City, Kansas 66101. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_1-16-07_  
Date

_[signature]_  
R.V. Veach, Warden

Rec. 1-18-07

January 11, 2007

Richard W. Schott
Regional Counsel
U.S. Government
Federal Bureau of Prisons
Federal Medical Center
3301 Leestown Road
Lexington, Kentucky 40511-8799

RE: Negligence and Deliberate Indifference Tort Claims

Dear Counsel:

Enclosed are Exhibits excluding others supporting FBOPs' only concern and interest in this entire civil action yet to be filed in the U.S. District Court pertaining the undersigned health is the saving of money; not his health.

Therefore, the tort claims that are pending before you in your office concern this "negligence and deliberate indifference" actions displayed by bureau of prisons officials, which may state a cause of action. See BOPs' - U.S. v. Munig, 374 US 150,164-65, 83 S. Ct. 1850,1859, 10 L. Ed. 2d 805 (1963)("The duty of care owed by the BOP to federal prisoners is fixed by 18 USC Section 4042...."); see also Albers v. Ralston, 665 F.2d 812,816 (8th Cir. 1981); Lenza v. Wyrick, 665 F.2d 804; Burton v. Ciccone, 484 F.2d 1322,1324 (8th Cir. 1973) BOP is bound to comply with its own rules and regulations.

Your time and assistance in this matter is appreciated.

Sincerely yours,

Monroe L. Coleman-Bey
#01723-016
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

cc: John Conyers, Jr.
    Judiciary Chairman

    Hon. Eleanor Holmes Norton
    Member of Congress

    Adrian Fenty
    D.C. Mayor

    Inmate's File

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Coleman, Maurice L.     01723-016     D-1     USP T. Haute
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Premeditated-Intentional Homicide
Remedy returned: 6-13-06 shows a lack of insufficiency and care in its response; USPs' Atlanta, Big Sandy, and Terre Haute each are aware of this writer's illnesses which he needs medication and vaccination for Hepatitis B and treatment for C. This writer disputes 7 of 10 answers of Infectious Disease Clinic *** p. 2. "Must this life end like Slyvester Howard while he was in Sussex II prison c2001 or 2002? BOP officials has wrongfully refused and denied this prisoner medical care."

6-15-06                                    C.O.M.
DATE                                SIGNATURE OF REQUESTER

**Part B- RESPONSE**




See Attachment




_____                    _____
DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE                CASE NUMBER: _____
                                            CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                    _____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN           PRINTED ON RECYCLED PAPER          BP-229(13)
                                                     APRIL 1982

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | COLEMAN, MONROE | #01723-016 | D-1 | USP TERRE HAUTE |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

## Part A- INMATE REQUEST

"SENSITIVE COMPLAINT"

Previously this prisoner has filed an Administrative Complaint (Nos. 415824-A1 & 415820-A2) which are pending before the BOP Central Office in Washington, D.C. However, this complaint concerns an emergency biopsy for diagnosis of Hepatitis C. A civil action (Case #06cv1855(JDB)) is pending in Washington, D.C. In accord with 18 U.S.C. §§4041-4042 the statutes mandate medical care to be provided by Bureau of Prisons policy for this District of Columbia inmate. Any failure to comply with this request within 7 working days will result in the filing of a Civil Tort for "Negligence" ($1.5. million dollars) committed by BOP prison officials and medical staff. See 28 C.F.R. §549-Medical Services Subpart A-Infectious Diseases.

December 4th, 2006

_____        _____
DATE                                                    SIGNATURE OF REQUESTER

## Part B- RESPONSE

See Attachment.

_____                _____
DATE                                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                              CASE NUMBER: _____

---

CASE NUMBER: _____

## Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE                                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                PRINTED ON RECYCLED PAPER                                BP-229(13)
                                                                                APRIL 1982

BP-A148.055  
SEP 98  
**INMATE REQUEST TO STAFF**

**U.S. DEPARTMENT OF JUSTICE**  
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Medical Supervisor | DATE: 1-26-07 |
|---|---|
| FROM: Coleman Bey, M. | REGISTER NO.: #01723-016 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: D-1 #206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

This inmate does not recall any liver enzyme profile being done on him in August 16, 2006.

Will you produce this information showing that he received such medical attention? And when will a biopsy be conducted on this chronic ill inmate? What's the holdup?

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate  
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER         **SECTION 6**