1-30-07

RECEIVED

FEB 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk, U.S. District Court
For The District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001
Re: Civil Action 06-1855 (JDB)

Dear Clerk of Court:

I am writing this letter inform-
ing the court that the defendants
have allowed medical officials
to conduct an "Ultrasound" on the
liver. However, prison officials
will not allow the "biopsy" to deter-
mine how much liver damage has
been done due to the Hepatitis C
disease. The biopsy is the true
and only way to actual see the harm
caused. And I thank the court for
what slow progress being handled.
Also, the enclosed exhibits (1, 2, & 3) were
mailed to the AUSA's Office
at 555 4th St., N.W.
Washington,

Sincerely yours



UNITED STATES GOVERNMENT
# Federal Bureau of Prisons
*Federal Medical Center*
*Consolidated Legal Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

January 22, 2007

Monroe L. Coleman
Reg. No. 01723-016
United States Penitentiary
Post Office Box 12015
Terre Haute, Indiana 47801

Re:     Administrative Tort Claim TRT-NCR-2007-01496
        and TRT-NCR-2007-01498

Mr. Coleman:

We have received the above referenced administrative tort claims for personal injury.
It appears that some, if not all, of the events which are the basis of your claims occurred at USP
Terre Haute, Indiana. Since USP Terre Haute is located in the North Central Region, we have
transferred your administrative tort claims to that regional office for their investigation, review,
and determination.

Any further correspondence regarding these claims should be directed to:
        Regional Counsel
        North Central Region
        Federal Bureau of Prisons
        Gateway Complex Tower II, 8th Floor
        400 State Avenue
        Kansas City, Kansas  66101-2492

Sincerely,

Michelle T. Fuseyamore
Regional Counsel

cc: NCR Regional Counsel

Rec 1-29-07



BP-A148.055
SEP 98

INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Chief Psychologist - Westinghouse | DATE: 1-30-07 |
|---|---|
| FROM: Coleman, Monroe | REGISTER NO.: #01723-016 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: D-1  #206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I would like to challenge the Psychology "Bi Polar" evaluation of this writer. Due to what this prisoner is going through, regarding the chronic disease of hepatitis C which has been medically diagnosed as having is the reason why he was previously going through mental changes of contemplating death especially when BOP officials have intentionally for years denied to provide him with the proper medication for that chronic disease which the issue is pending in the U.S. District Court in D.C.

(Do not write below this line)

CC: Inmate's File

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

③

██████                    *              TERRE HAUTE USP                    *        01-26-2007
PAGE 001                                                                              13:08:58

```
*****      *       *       *        ****    *    *  *******   *****
  *      *   *     *       *       *   *  *   *  *    *      *
  *       *     *   *       *       *       *   *   *  *    *      ****
  *        *******   *       *       *    *   *  *   *    *          *
    *****    *       *   ******  ******   ****    ****     *    *****
```

----------------------------------------------------------------------------

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) | CATEGORY(3) |
|---|---|---|---|---|---|---|
| CALLOUTS | FOR  01-29-2007 | | | | QTR ASGN | WRK ASGN |
| 03676-025 | LEGG | | LCP UNIT | 1000 | D01-120L | BARBERSHOP |
| | | | VT ROOM | 1900 | D01-120L | BARBERSHOP |
| 07175-028 | MAYS | | PA 1 | 1300 | B01-201U | B1 ORD |
| 19353-076 | LEIGH | | LAB NBKF | 0600 | B02-111U | B2 ORD |
| 10507-424 | VEYSEY | | LCP UNIT | 1000 | D01-213L | CHAPEL ORD |
| | | | VT ROOM | 1800 | D01-213L | CHAPEL ORD |
| 39981-066 | WRIGHT | | ULTRASOUND | 0900 | B02-216L | COM ORD AM |
| 40001-037 | BODDIE | | C. GLASS | 1000 | D02-203L | COM ORD PM |
| 30403-039 | HOUSTON | | RPP CHAPEL | 0900 | F01-202L | COM ORD PM |
| 36470-060 | BASS | | LCP UNIT | 1000 | D01-232L | COMMISSARY |
| 46433-004 | CASADO | | CH UPTON | 0900 | D01-202L | COMMISSARY |
| | | | LCP UNIT | 1000 | D01-202L | COMMISSARY |
| | | | VT ROOM | 1900 | D01-202L | COMMISSARY |
| 33796-048 | QUACKENBUS | | CH UPTON | 0900 | D01-103U | COMMISSARY |
| | | | LCP UNIT | 1000 | D01-103U | COMMISSARY |
| 05524-025 | MOSS | | LAB NBKF | 0600 | C01-220U | C1 ORD |
| 29880-054 | DIAZ | | ULTRASOUND | 1100 | C02-201L | C2 ORD |
| 54011-060 | MELTON | | RPP CHAPEL | 0900 | C02-221U | C2 ORD |
| 06744-089 | BENNETT | | LCP UNIT | 1000 | D01-219L | D1 ORD |
| 15902-056 | BULLIS | | CH UPTON | 0900 | D01-215L | D1 ORD |
| | | | LCP UNIT | 1000 | D01-215L | D1 ORD |
| 02946-043 | CAMPBELL | | LCP UNIT | 1000 | D01-231L | D1 ORD |
| 01723-016 | COLEMAN | | ULTRASOUND | 0900 | D01-206L | D1 ORD |
| | | | LCP UNIT | 1000 | D01-206L | D1 ORD |
| 03849-090 | HALE | | LCP UNIT | 1000 | D01-216L | D1 ORD |
| | | | VT ROOM | 1800 | D01-216L | D1 ORD |
| 39324-060 | HURST | | LCP UNIT | 1000 | D01-223U | D1 ORD |
| 09696-076 | MOFFITT | | LCP UNIT | 1000 | D01-204L | D1 ORD |
| 07456-032 | STONE | | CCC MD3 | 0900 | D01-230L | D1 ORD |
| | | | LCP UNIT | 1000 | D01-230L | D1 ORD |
| 66444-061 | WATKINS | | LCP UNIT | 1000 | D01-112L | D1 ORD |
| 08358-029 | WILLIAMS | | LCP UNIT | 1000 | D01-222L | D1 ORD |
| 02248-025 | BROCK | | C. GLASS | 1000 | D02-201L | D2 ORD |
| 04563-028 | GREGORY | | C. GLASS | 1000 | D02-125L | D2 ORD |
| 11493-040 | JAMISON | | LAB NBKF | 0600 | D02-102L | D2 ORD |
| | | | C. GLASS | 1000 | D02-102L | D2 ORD |

G0002          MORE PAGES TO FOLLOW . . .



UNITED STATES GOVERNMENT
# Federal Bureau of Prisons
*Federal Medical Center*
*Consolidated Legal Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

January 22, 2007

Monroe L. Coleman
Reg. No. 01723-016
United States Penitentiary
Post Office Box 12015
Terre Haute, Indiana 47801

Re:    Administrative Tort Claim TRT-NCR-2007-01496
       and TRT-NCR-2007-01498

Mr. Coleman:

We have received the above referenced administrative tort claims for personal injury.
It appears that some, if not all, of the events which are the basis of your claims occurred at USP
Terre Haute, Indiana. Since USP Terre Haute is located in the North Central Region, we have
transferred your administrative tort claims to that regional office for their investigation, review,
and determination.

Any further correspondence regarding these claims should be directed to:
       Regional Counsel
       North Central Region
       Federal Bureau of Prisons
       Gateway Complex Tower II, 8th Floor
       400 State Avenue
       Kansas City, Kansas  66101-2492

Sincerely,

Michelle T. Fuseyamore
Regional Counsel

cc: NCR Regional Counsel

Rec  1-29-07



BP-A148.055
SEP 98

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Chief Psychologist - Westinghouse | DATE: 1-30-07 |
|---|---|
| FROM: Coleman, Monroe | REGISTER NO.: #01723-016 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: D-1    206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. I would like to challenge the Psychology "Bi-Polar"
evaluation of this writer. Due to what this prisoner is
going through, regarding the chronic disease of hepatitis
C which has been medically diagnosed as having
is the reason why he was previously going
through mental changes of contemplating death
especially when BOP officials have intentionally
for years denied to provide him with the proper
medication for that chronic disease which the
issue is pending in the U.S. District Court in D.C.

(Do not write below this line)

cc: Inmate's File

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**



PAGE 001                 *          TERRE HAUTE USP                  *      01-26-2007
                                                                          13:08:58

```
  *****      *      *      *        ****    *    *  *******   *****
 *     *    * *     *      *       *    *   *    *     *         *
 *         *   *    *      *       *    *   *    *     *       ****
 *        *******   *      *       *    *   *    *     *          *
  *****  *       * ******  ******  ****   ****     *     *****
```

---------------------------------------------------------------------------

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) QTR ASGN | CATEGORY(3) WRK ASGN |
|---|---|---|---|---|---|---|
| CALLOUTS | FOR  01-29-2007 | | | | | |
| 03676-025 | LEGG | | LCP UNIT | 1000 | D01-120L | BARBERSHOP |
| | | | VT ROOM | 1900 | D01-120L | BARBERSHOP |
| 07175-028 | MAYS | | PA 1 | 1300 | B01-201U | B1 ORD |
| 19353-076 | LEIGH | | LAB NBKF | 0600 | B02-111U | B2 ORD |
| 10507-424 | VEYSEY | | LCP UNIT | 1000 | D01-213L | CHAPEL ORD |
| | | | VT ROOM | 1800 | D01-213L | CHAPEL ORD |
| 39981-066 | WRIGHT | | ULTRASOUND | 0900 | B02-216L | COM ORD AM |
| 40001-037 | BODDIE | | C. GLASS | 1000 | D02-203L | COM ORD PM |
| 30403-039 | HOUSTON | | RPP CHAPEL | 0900 | F01-202L | COM ORD PM |
| 36470-060 | BASS | | LCP UNIT | 1000 | D01-232L | COMMISSARY |
| 46433-004 | CASADO | | CH UPTON | 0900 | D01-202L | COMMISSARY |
| | | | LCP UNIT | 1000 | D01-202L | COMMISSARY |
| | | | VT ROOM | 1900 | D01-202L | COMMISSARY |
| 33796-048 | QUACKENBUS | | CH UPTON | 0900 | D01-103U | COMMISSARY |
| | | | LCP UNIT | 1000 | D01-103U | COMMISSARY |
| 05524-025 | MOSS | | LAB NBKF | 0600 | C01-220U | C1 ORD |
| 29880-054 | DIAZ | | ULTRASOUND | 1100 | C02-201L | C2 ORD |
| 54011-060 | MELTON | | RPP CHAPEL | 0900 | C02-221U | C2 ORD |
| 06744-089 | BENNETT | | LCP UNIT | 1000 | D01-219L | D1 ORD |
| 15902-056 | BULLIS | | CH UPTON | 0900 | D01-215L | D1 ORD |
| | | | LCP UNIT | 1000 | D01-215L | D1 ORD |
| 02946-043 | CAMPBELL | | LCP UNIT | 1000 | D01-231L | D1 ORD |
| 01723-016 | COLEMAN | | ULTRASOUND | 0900 | D01-206L | D1 ORD |
| | | | LCP UNIT | 1000 | D01-206L | D1 ORD |
| 03849-090 | HALE | | LCP UNIT | 1000 | D01-216L | D1 ORD |
| | | | VT ROOM | 1800 | D01-216L | D1 ORD |
| 39324-060 | HURST | | LCP UNIT | 1000 | D01-223U | D1 ORD |
| 09696-076 | MOFFITT | | LCP UNIT | 1000 | D01-204L | D1 ORD |
| 07456-032 | STONE | | CCC MD3 | 0900 | D01-230L | D1 ORD |
| | | | LCP UNIT | 1000 | D01-230L | D1 ORD |
| 66444-061 | WATKINS | | LCP UNIT | 1000 | D01-112L | D1 ORD |
| 08358-029 | WILLIAMS | | LCP UNIT | 1000 | D01-222L | D1 ORD |
| 02248-025 | BROCK | | C. GLASS | 1000 | D02-201L | D2 ORD |
| 04563-028 | GREGORY | | C. GLASS | 1000 | D02-125L | D2 ORD |
| 11493-040 | JAMISON | | LAB NBKF | 0600 | D02-102L | D2 ORD |
| | | | C. GLASS | 1000 | D02-102L | D2 ORD |

G0002        MORE PAGES TO FOLLOW . . .