UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN-BEY )<br>#01723-016 )<br>U.S. Penitentiary )<br>P.O. Box 12015 )<br>Terre Haute, IN 47801 )<br> )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>United States of America )<br> )<br>      Defendant. )<br> ) | Civil Action No.: 06-1855 (JDB) |

MOTION FOR EXTENSION OF TIME

      Defendant respectfully requests an extension of time of two business days in which to file its dispositive motion in this matter.

      The motion currently is due on February 15, 2007. However, due to the absence of personnel due to the recent inclement weather, agency counsel has been unable to obtain all of the finalized affidavits required for the motion.

      Therefore, defendant seeks a 2 business day extension of time to January 20, 2007, in

which to file its motion.   This is the first extension of time in which to file a dispositive motion which has been requested .

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the foregoing Motion for Extension of Time and proposed Order have been made by mailing a copy thereof to:

MONROE L. COLEMAN-BEY
    #01723-016
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801

on this 15th day of February, 2007

_____
Rhonda C. Fields
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN-BEY )<br>#01723-016 )<br>U.S. Penitentiary )<br>P.O. Box 12015 )<br>Terre Haute, IN 47801 )<br> )<br> )<br>      Plaintiff, )<br> )<br>      v. )<br> )<br>United States of America )<br> )<br>      Defendant. )<br> ) | Civil Action No.: 06-1855 (JDB) |

ORDER

Upon consideration of defendant's motion for an extension of time, it is hereby

ORDERED that the motion is granted and defendant may file its dispositive motion on or before February 20, 2007.

Date: _____
            UNITED STATES DISTRICT JUDGE