2-20-07

06-1885-JDB

Dear Clerk:

Enclosed is a copy of an inmate's request to medical supervisor which is additional information supporting my position of negligence and deliberate indifference committed by Bureau of Prisons officials. Thank you.

Also, a copy will be mailed on 2-22-07 to the AUSA, at 555 Fourth Street, N.W., Washington, D.C. 20530.

RE: 06-1885(JDB)

Respectfully,

Coleman Bey

*Please Respond*

BP-A148.055
SEP 98
INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical Supervisor | DATE: 2-7-07 |
| FROM: Wleman Bey, M. | REGISTER NO.: 01723-016 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: D-1  #206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

First, is it possible to have circumcision operations done or performed? Second, is it true that BOP officials including medical staff believe it's best to save money than to provide or allow a prisoner to be treated for Hepatitis C? Also, if BOP is in accord with society's standard for treating those with hepatitis C, and this writer is sick with such disease, then why should he be prevented from receiving the necessary treatment?

(Do not write below this line)

DISPOSITION:

2/7/07

1.) Only if it is Deemed Medically Necessary.

2.) No We Are currently Treating Inmate with Approved BOP Treatment Care Guide.

3.) The Water has been tested And Approved for consumption.

Signature Staff Member [signature]   Date 2/7/07

Record Copy - File, Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

Rec. 2-13-07

*Please Respond*

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical Supervisor | DATE: 2-7-07 |
|---|---|
| FROM: Coleman Bey, M. | REGISTER NO.: 01723-016 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: D-1 #206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

First, is it possible to have circumcision operation done or performed? Second, is it true that BOP officials including medical staff believe it's best to save money than to provide or allow a prisoner to be tested for Hepatitis C? Also, if BOP is in accord with society's standard for treating those with hepatitis C and this writer is sick with such disease, then why should the writer be denied receiving the necessary treatment

DISPOSITION:

2/7/07

1.) Only if it is Deemed Medically Necessary.

2.) No We are currently Treating Inmates Approved BOP Treatment Care Guidelines

3.) The Water has been tested and approved for use.

Signature Staff Member   Date 2/7/07

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

Rec. 2-13-07