**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**MONROE L. COLEMAN-BEY,**

    **Petitioner,**

      **v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

          **Civil Action No.  06-1855 (JDB)**

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that respondent's motion to change venue [Dkt. #14] and motion to dismiss [Dkt. #14] are DENIED, and that its motion for summary judgment [Dkt. #14] is GRANTED.  It is further

ORDERED that the petition for writ of mandamus [Dkt. #1] is DENIED.  It is further

ORDERED that JUDGMENT shall be entered for respondent.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


                          /s/
                       JOHN D. BATES
                       United States District Judge


Date:  September 11, 2007